1   The Law Offices of JUDITH S. LELAND
    A Professional Law Corporation
2   8345 E. Firestone Blvd., Suite 300
    Downey, CA 90241
3   (562) 904-6955 (562) 904-6965 Fax
    JUDITH S. LELAND (State Bar No: 63747)
4   E-mail: tracey@disabilitylawfirm.com

5   Attorney for Plaintiff

6

7

8                   UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10                       SOUTHERN DIVISION

11  MARGARET MEEHAN,                    )   CIVIL NO. SACV 11-01310 VBF(SS)
                                        )
12       Plaintiff,                     )   [PROPOSED] ORDER AWARDING
                                        )   EQUAL ACCESS TO JUSTICE ACT
13       v.                             )   ATTORNEY FEES PURSUANT TO
                                        )   28 U.S.C. § 2412(d)
14  MICHAEL J. ASTRUE,                  )
    Commissioner of Social Security,    )
15                                      )
                                        )
16       Defendant.                     )
    _____    )

17

18          Based upon the parties' Stipulation for the Award and Payment of Equal Access to

19  Justice Act Fees, IT IS ORDERED that fees in the amount of THREE THOUSAND SEVEN

20  HUNDRED DOLLARS ($3,700.00), as authorized by 28 U.S.C. § 2412(d), be awarded

21  subject to the terms of the Stipulation.

22

23

24  Dated:  October 15, 2012          _____/S/_____
                                      SUZANNE H. SEGAL
25                                    UNITED STATES MAGISTRATE JUDGE

26

27

28